IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:22-CV-00041-M-BM

AMBER BOWSER and DENNIS BOYCE, *individually and as co-administrators of the* ESTATE OF CAMERON BOYCE,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

ORDER

This matter comes before the court on the parties' Notice of Settlement [DE 54]. The parties advise that they have agreed to settle all claims alleged in Plaintiffs' complaint. *Id.* Accordingly, Defendant's Motion to Exclude Expert Opinion [DE 33] and Motion for Summary Judgment [DE 36] are DENIED WITHOUT PREJUDICE.

SO ORDERED this 5th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE