# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION
#### No. 2:22-CV-41-M-BM

AMBER BOWSER and DENNIS BOYCE, individually and as co-administrators of the ESTATE OF CAMERON BOYCE,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by the parties, pursuant to N.C.G.S. 1A-1, and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the plaintiff's complaint against the defendant, is hereby voluntarily dismissed with prejudice. Each party shall bear their own costs in this action.

This the 26th day of August, 2025.

/s/ Fred W. DeVore, III
Fred W. DeVore, III - Attorney for the Plaintiff
DAS Law Group, P.A.
438 Queens Rd.
Charlotte, NC 28207
T: 704-377-5242/F: 704-332-2825
fdevore@daslawgroup.com
N.C. Bar No. 10308

/s/ Rudy E. Renfer
Rudy E. Renfer - Attorney for Defendant
Assistant U.S. Attorney - Civil Division
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street | Suite 2100 | Raleigh, NC 27601
T: 919-856-4530/F: 919-856-4821

rudy.e.renfer@usdoj.gov
N.C. Bar No. 23513

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 26th day of August, 2025, served a copy of the foregoing upon the defendant in this action by electronically filing the foregoing with the Clerk of court, using the CM/ECF system which will send notification of such filing to:

RUDY E. RENFER
Assistant United States Attorney Civil Division
Rudy.e.renfer@usdoj.gov

/s/ Fred W. DeVore, III
Fred W. DeVore, III – Attorney for Plaintiff
DAS Law Group, P.A.
438 Queens Rd.
Charlotte, NC 28207
T: 704-377-5242/F: 704-332-2825
fdevore@devact.com
NC Bar No. 10308